# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Caddell Construction Co., Inc. | ) | ASBCA Nos. 61409, 61554 |
| | ) | |
| Under Contract No. FA3002-07-D-0006 | ) | |

APPEARANCES FOR THE APPELLANT: James K. Bidgood, Jr., Esq.
Johnathan R. Mayo, Esq.
  Smith, Currie & Hancock LLP
  Atlanta, GA

APPEARANCES FOR THE GOVERNMENT: Brian M. Lucero, Esq.
  Deputy General Counsel
Betsy E. Dulin, Esq.
  Assistant General Counsel
  Defense Commissary Agency

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: May 30, 2019

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61409, 61554, Appeals of Caddell Construction Co., Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals